# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Edita Jasic,

    Plaintiff

v.

Mary Kara, et al.,

    Defendants

Case No.: 2:13-cv-01747-JAD-CWH

**Order Adopting Report and Recommendation [Doc. 7]**

    Before the Court is Magistrate Judge Carl W. Hoffman's Report and Recommendation regarding Plaintiff Edita Jasic's failure to submit a second amended complaint by the court-ordered deadline and failure to allege a claim arising under federal law. Doc. 7 at 1–2. The Report was entered January 3, 2014. Doc. 7. Objections were due January 20, 2014. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003). *See also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Plaintiff has filed no objections.

. . .

. . .

. . .

1

Accordingly, and with good cause appearing,

**IT IS HEREBY ORDERED** that Magistrate Judge Hoffman's Report and Recommendation **[Doc. 7]** is **ACCEPTED**.

**IT IS FURTHER ORDERED** that Bradford's complaint is **DISMISSED** with prejudice.

DATED February 13, 2014.

                                                                                                       _____
Jennifer A. Dorsey
United States District Judge

2